# Criminal Case Cover Sheet

**U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:16cr168 |
| County/Parish: | Same Defendant: | New Defendant: Jonathan Richard |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | |
|---|---|---|
| Defendant Name: Jonathan Richard | | Alias Name(s): |
| Address: 862 East Hospital Road, Virginia Beach, VA | | |
| Birth Date: xx/xx/1994 | SS#: xxx-xx-3058 | Sex: M | Race: | Nationality: | Place of Birth: |
| Height: | Weight: lbs. | Hair: | Eyes: | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |
| | State ID: | | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: _____ in: __EDVA__ . | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☒ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: | ☐ Court Appointed |
|---|---|
| Address: | |
| | ☐ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: James Cole and Alyssa Nichol | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

| VBPD, 2509 Princess Anne Rd, Bldg 11. Virginia Beach, VA 23456 ; T.J. Aicher, Agent |
|---|

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 7 and 13, Assimilating Code of Virginia § 46.2-865.1(A)(2) | Racing Homicide | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 7 and 13, Assimilating Code of Virginia § 46.2-865.1(A)(1) | Racing Maiming | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 7 and 13, Assimilating Code of Virginia § 18.2-266 | DUI | 3 | Misdemeanor |

(Continued on reverse)

| Defendant's Name: | Jonathan Richard |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:16cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 4 | 18 U.S.C. §§ 7 and 13, Assimilating Code of Virginia § 46.2-862 | Reckless Driving | 4 | Misdemeanor |
| Set 5 | | | | |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |
| Set 28 | | | | |
| Set 29 | | | | |
| Set 30 | | | | |
| Set 31 | | | | |