# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

LoL-VA PD100P
FIO#
10227549

United States of America
v.
JONATHAN RICHARD
*Defendant*

Case No. 2:16cr168

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JONATHAN RICHARD, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Sections 46.2-865 and 46.2-865.1 (A)(2) - Racing Homicide, et al.

Date: 12/21/2016

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, United States Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 12/21/16, and the person was arrested on *(date)* 01/05/17 at *(city and state)* Norfolk VA . | |
| Date: 01-05-17 | *Arresting officer's signature* J. Razier DUSM *Printed name and title* |

FILED IN OPEN COURT
JAN - 5 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA